Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Cierra Mitchell

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| Cierra Mitchell<br><br>     Plaintiff,<br><br>  vs.<br><br>Lead Bank, et. al.<br>     Defendants. | Case No.: 3:20-cv-06870-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEAD BANK ONLY** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Cierra Mitchell and Defendant Lead Bank that all matters herein between them have been compromised and settled. Therefore, Lead Bank shall be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

DATED: November 30, 2020          **Gale, Angelo, Johnson, & Pruett, P.C.**

                                  By:      */s/ Joe Angelo*
                                  Joe Angelo
                                  Attorneys for Plaintiff Cierra Mitchell

DATED: November 30, 2020          **Kennyhertz Perry, LLC**

                                  By:      */s/ Benjamin L. Tompkins*

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LEAD BANK ONLY

Benjamin L. Tompkins
Attorneys for Defendant Lead Bank

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Benjamin L. Tompkins
*/s/ Joe Angelo*

## ~~PROPOSED~~ ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that Defendant Lead Bank is dismissed with prejudice.  Plaintiff and Defendant Lead Bank shall each bear their own costs, expenses and attorneys' fees.

Date:   December 1, 2020

Charles R. Breyer
JUDGE, United States District Court, Northern District of California